

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00517-CR

Trisha Marie **ANTHONY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-8748W
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED.

SIGNED May 27, 2015.

_____
Rebeca C. Martinez, Justice